UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 19, 2016
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § § CRIMINAL NO: 4:15-cr-0544-S2 |
| FRANCISCO ARIZMENDIZ-LUGO | § § § § § § § § § § § § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A __SUPERSEDING INDICTMENT__ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

FRANCISCO ARIZMENDIZ-LUGO

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on May 18, 2016.

UNITED STATES MAGISTRATE JUDGE