UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

Case Number 4:15cr544-S2

v.

Judge Keith P. Ellison

Angel Alberto Lopez-Rodriguez

Defendant

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**
Dena Palermo

Courtroom 702
United States Court
515 Rusk Avenue
Houston, Texas 77002

**Date:** May 31, 2016

**Time:** 10:00

**Type of Proceeding:** Arraignment

David J. Bradley, Clerk of Court

Dated: 5/19/16

_____
Deputy Clerk